# INVOICE

Mel Winter & Associates, Inc.
One Grand Central Place
60 East 42nd Street, Suite 2308
New York NY 10165
Phone:212-925-1222   Fax:212-692-0560

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8715 | 3/26/2013 | 4545 |
| **Job Date** | **Case No.** | |
| 3/14/2013 | | |
| **Case Name** | | |
| Del Monte Fresh Produce vs. M/V Lombok Strait | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gregory Barnett
Casey & Barnett
65 West 36th Street, 9th floor
New York NY 10018

JEROME PEREIRA

| | | | |
|---|---|---|---|
| Deposition Pages (0+1) | 93.00 | Pages | 478.95 |
| Attendance | | | 45.00 |
| Litigation Package | | | 70.00 |

**TOTAL DUE >>>**     **$593.95**

Litigation Package Includes - Condensed Transcript, ASCII and Delivery

Thank you for Your Business!

Please Note Change of Address

**Tax ID:** 13-3106566

Phone:     Fax:

---

*Please detach bottom portion and return with payment.*

Gregory Barnett
Casey & Barnett
65 West 36th Street, 9th floor
New York NY 10018

| | | |
|---|---|---|
| Invoice No. | : | 8715 |
| Invoice Date | : | 3/26/2013 |
| **Total Due** | : | **$ 593.95** |

Remit To: **Mel Winter & Associates, Inc.**
**One Grand Central Place**
**60 East 42nd Street, Suite 2308**
**New York NY 10165**

| | | |
|---|---|---|
| Job No. | : | 4545 |
| BU ID | : | Mel Winter |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce vs. M/V Lombok Strait |

# INVOICE

Elisa Dreier Reporting Corp.
950 Third Avenue 5th Floor
New York, NY 10022
Phone:212-557-5558  Fax:212-557-0050

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40907 | 4/2/2013 | 21114 |

| Job Date | Case No. | |
|---|---|---|
| 3/21/2013 | | |

| Case Name |
|---|
| DEL MONTE FRESH PRODUCE  N.A. V M/V LOMBOK STRAIT |

| Payment Terms |
|---|
| Due upon receipt |

*292.75*

Gregory Barnett, Esq.
Casey & Barnett LLC
65 West 36th Street
9th Floor
New York, NY  10018-7938

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

DALE ROLFE                                                                                              1,407.85

     Full Day Per Diem

     Orig ASCII

     Orig CD

     Orig Condensed

| | |
|---|---|
| TOTAL DUE  >>> | $1,407.85 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,407.85 |

Tax ID: 133950809                                                            Phone: (212) 286-0225    Fax:

*Please detach bottom portion and return with payment.*

Gregory Barnett, Esq.
Casey & Barnett LLC
65 West 36th Street
9th Floor
New York, NY  10018-7938

| | | |
|---|---|---|
| Invoice No. | : | 40907 |
| Invoice Date | : | 4/2/2013 |
| **Total Due** | : | **$1,407.85** |

| | | |
|---|---|---|
| Remit To: | **Elisa Dreier Reporting Corp.** | |
| | **950 Third Avenue 5th Floor** | |
| | **New York, NY  10022** | |

| | | |
|---|---|---|
| Job No. | : | 21114 |
| BU ID | : | 1-EDRC |
| Case No. | : | |
| Case Name | : | DEL MONTE FRESH PRODUCE  N.A. V M/V LOMBOK STRAIT |

# Legal Errands, Inc.

Legal Errands, Inc.
PO Box 24866
Philadelphia, PA 19130

(215)751-1124
legalerrands@hotmail.com
http://legalerrands.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 04/03/2013 | 26265 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 04/03/2013 |

**Bill To**

Casey & Barnett LLC
65 West 36th Street
9th Floor
New York, NY 10018
Attn: Casey Suhovsky

| Amount Due | Enclosed |
|------------|----------|
| $60.00 | |

>< Please detach top portion and return with your payment. ><

**Reference:**
Del Monte Fresh Produce

| Date | Activity | Amount |
|------|----------|--------|
| 04/03/2013 | Service of Subpoena on: Patrick Irwin, Joseph Irwin, Inc. at: 2501 East Venango Street, Philadelphia, PA 19134 Return of Service completed and forwarded to client. | 60.00 |

| | Total | $60.00 |

All Invoices can be paid through the following link
https://ipn.intuit.com/pay/LegalErrands
Invoices are due upon receipt.
Invoices that are over 30 days past due will be charged a $10.00 late fee per month.



10 East 39th Street, New York, NY 10016

**Remit Payment to:**

*vdiscovery*
PO Box 30953
New York, NY 10087-0953
Billing Inquiries: (212) 220-6127
Client Services: (212) 220-6111

## INVOICE:  V74854

## DATE:  4/30/2013

**BILL TO:**

Casey & Barnett, LLC (4682)
Martin F. Casey
65 W. 36th Street
9th Floor
New York, NY  10018

**SHIP TO:**

Casey & Barnett, LLC
Casey Suhovsky
65 W. 36th Street
9th Floor
New York, NY  10018

| Purchase Order | Customer Service | Account Rep | Ordered By | Order Date | Phone | Signed By |
|---|---|---|---|---|---|---|
| Del Monte Fresh Produce N.A., Inc.  v.  M/V LOMBOK STRAIT, et al. | | KALINA LEOPOLD | Casey Suhovsky | 4/29/2013 | (212)286-0225 | 4/29/2013 |

| Line Item Detail | Line Total |
|---|---|
| Litigation Copying: 1 Copy of 2 Units. | $1,754.64 |
| B&W: 9748 @ $0.18 Per Copy = $1,754.64. | |
| Standard Handling. | $10.00 |

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment.*

***Payment Terms Are Net 30.***
***Payment By Credit Card Accepted.***

| | |
|---|---|
| SUBTOTAL: | $1,764.64 |
| SALES TAX: | $156.61 |
| **TOTAL:** | **$1,921.25** |



# INVOICE

Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

Your Contact: Casey Suhovsky
**Case Number: Southern 12CIV3567**

Plaintiff:
**DEL MONTE FRESH PRODUCE N.A., INC.**

Defendant:
**M/V LOMBOK STRAIT, ET AL**

Received: 5/1/2013    Non-Served: 5/7/2013   .NON-SERVE - COMMENTS
To be served on: MICHEL VISSER BY SERVING HIM PERSONALLY AT WILHELMSEN TECHNICAL SOLUTIONS

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local/Tri-County Service of Process | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:** $65.00

**Comments pertaining to this Invoice:**
SERVICE WAS ATTEMPTED AT THE ADDRESS PROVIDED OF WILHELMSEN TECHNICAL SOLUTIONS
LOCATED AT 4130 SW 28TH WAY, FORT LAUDERDALE, FL 33312 AND THE SERVER IS REPORTING THAT
MICHEL VISSER IS NOT AT THIS ADDRESS. THE SERVER MADE CONTACT WITH VERONICA WHO
CONFIRMED THAT MICHEL IS EMPLOYED BY THE COMPANY HOWEVER HE WORKS IN ROTTERDAM,
HOLLAND.

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Your Contact: Casey Suhovsky
**Case Number: Southern 12CIV3567**

Plaintiff:
**DEL MONTE FRESH PRODUCE N.A., INC.**

Defendant:
**M/V LOMBOK STRAIT, ET AL**

Received: 5/7/2013   Served: 5/8/2013 1:00 pm  .AUTHORIZED
To be served on: WILHELMSEN TECHNICAL SOLUTIONS CUSTODIAN OF RECORDS, INDIVIDUAL WITH KNOWLEDGE
OR INFORMATION AND/OR MICHEL VISSER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local/Tri-County Service of Process | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |
| **BALANCE DUE:** | | | **$65.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

# Legal Errands, Inc.

Legal Errands, Inc.
PO Box 24866
Philadelphia, PA 19130

(215)751-1124
legalerrands@hotmail.com
http://legalerrands.com

## Invoice

| Date | Invoice # |
|---|---|
| 05/17/2013 | 26439 |

| Terms | Due Date |
|---|---|
| Due on receipt | 05/17/2013 |

**Bill To**

Casey & Barnett LLC
65 West 36th Street
9th Floor
New York, NY 10018
Attn: Veronica Mura

| Amount Due | Enclosed |
|---|---|
| $85.00 | |

Please detach top portion and return with your payment.

| | Reference: |
|---|---|
| | Del Monte Fresh Produce |

| Date | Activity | Amount |
|---|---|---|
| 05/17/2013 | Service of Subpoena & Notice of Dep on: Stijn Vodde, Superinterdent of Seatrade at: 31 S. Eagle Road, Suite 201, Havertown, PA PERSONAL SERVICE REQUIRED Return of Service completed and forwarded to client. | 85.00 |

| | Total | $85.00 |
|---|---|---|

All Invoices can be paid through the following link
https://ipn.intuit.com/pay/LegalErrands
Invoices are due upon receipt.
Invoices that are over 30 days past due will be charged a $10.00 late fee per month.

EIN # 20-0604382                    (215)751-1124                    1-866-URSERVED

## Bill To:

CASEY & BARNETT, LLC
Attn: MARTIN F. CASEY, ESQ.
65 WEST 36TH STREET
9TH FLOOR
NEW YORK, NY 10018

Invoice Date **5/24/2013**

Invoice Number **360198**

File Number:   29275
DEL MONTE FRESH PRODUCE  V. MV LOMBOK STRAIT

**Examination taken on 5/8/2013 of:**                                    Enclosed

ERNEST CASPER                                                             O+2

STEPHEN JOHNSON                                                          O+2

ALEJANDRO OLMOS                                                         O+2

Your Total          **$1,602.95**

NJ RATES APPLIED

DM
246637

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95233 | 6/20/2013 | 30132 |
| **Job Date** | **Case No.** | |
| 5/22/2013 | | |
| **Case Name** | | |
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| | | |
|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
| Luis Fajardo | | 3,393.25 |
| Full Day Appearance | | |
| Travel Per Diem/Non-Working Days | | 230.00 |
| Interpreting Services | 2.00 | |
| Travel Per Diem/Non-Working Days | | 678.50 |
| Litigation Support Package | | |
| | **TOTAL DUE >>>** | **$4,301.75** |
| | AFTER 7/20/2013 PAY | $4,516.84 |

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| | | |
|---|---|---|
| Invoice No. | : | 95233 |
| Invoice Date | : | 6/20/2013 |
| **Total Due** | : | **$4,301.75** |
| AFTER 7/20/2013 PAY | | $4,516.84 |

Remit To:  **David Feldman Worldwide, Inc.**
**405 Park Avenue, 16th Floor**
**New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 30132 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95234 | 6/20/2013 | 30133 |

| Job Date | Case No. |
|---|---|
| 5/23/2013 | |

| Case Name |
|---|
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

| Payment Terms |
|---|
| Net 30, Interest at 1.5% / month |

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Luis Enrique Rivas                             923.00

        Full Day Appearance

        Travel Per Diem/Non-Working Days       345.00

        Airfare                         2,030.50

        Litigation Support Package

        Shipping & Handling (L)

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Hector Soberon                          595.00

        Litigation Support Package

**TOTAL DUE >>>**     **$3,893.50**

AFTER 7/20/2013 PAY     $4,088.18

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

Invoice No.   :   95234
Invoice Date   :   6/20/2013
**Total Due**   :   **$3,893.50**
AFTER 7/20/2013 PAY $4,088.18

Remit To:   **David Feldman Worldwide, Inc.**
           **405 Park Avenue, 16th Floor**
           **New York, NY 10022**

Job No.   :   30133
BU ID   :   DFW CR
Case No.   :
Case Name   :   Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95583 | 7/2/2013 | 30496 |
| **Job Date** | **Case No.** | |
| 6/14/2013 | | |
| **Case Name** | | |
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

COPY OF TRANSCRIPT OF:

    John S. Shields                                                  690.00

        Litigation Support Package

        Shipping & Handling (L)

**TOTAL DUE >>>**     **$690.00**

AFTER 8/1/2013  PAY     $724.50

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| | | |
|---|---|---|
| Invoice No. | : | 95583 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | **:** | **$690.00** |
| AFTER 8/1/2013 PAY | | $724.50 |

Remit To:   **David Feldman Worldwide, Inc.**
             **405 Park Avenue, 16th Floor**
             **New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 30496 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 96026 | 7/31/2013 | 30837 |
| **Job Date** | **Case No.** | |
| 7/16/2013 | | |
| **Case Name** | | |
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY  10018

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Glenn Suarez                                    641.50

        Half Day Appearance

        Litigation Support Package

        Shipping & Handling (L)

| | |
|---|---|
| **TOTAL DUE >>>** | **$641.50** |
| AFTER 8/30/2013 PAY | $673.58 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

**\*\*\*IMPORTANT, NEW REMITTANCE ADDRESS.\*\*\***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$641.50** |

Tax ID: 13-4091601

---

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY  10018

| | | |
|---|---|---|
| Invoice No. | : | 96026 |
| Invoice Date | : | 7/31/2013 |
| **Total Due** | **:** | **$641.50** |

| | | |
|---|---|---|
| Job No. | : | 30837 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

Remit To:   **David Feldman Worldwide, Inc.**
             **405 Park Avenue, 16th Floor**
             **New York, NY  10022**

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 96028 | 8/7/2013 | 30838 |
| **Job Date** | **Case No.** | |
| 7/17/2013 | | |
| **Case Name** | | |
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Chris Elmer                                                                                      592.00

    Half Day Appearance

    Litigation Support Package

    Shipping & Handling (L)

**TOTAL DUE  >>>**                        **$592.00**

AFTER 9/6/2013  PAY                 $621.60

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$592.00** |

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| | | |
|---|---|---|
| Invoice No. | : | 96028 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$592.00** |

Remit To:  **David Feldman Worldwide, Inc.**
         **405 Park Avenue, 16th Floor**
         **New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 30838 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
uite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 96105 | 8/7/2013 | 30836 |
| **Job Date** | **Case No.** | |
| 7/15/2013 | | |
| **Case Name** | | |
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Walter Tordoff                                                                                731.50

    Half Day Appearance

    Litigation Support Package

    Shipping & Handling (L)

|  |  |
|---|---|
| TOTAL DUE >>> | **$731.50** |
| AFTER 9/6/2013  PAY | $768.08 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
.all us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$731.50** |

**Tax ID: 13-4091601**

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| Invoice No. | : | 96105 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | **:** | **$731.50** |

nit To:  **David Feldman Worldwide, Inc.**
    **405 Park Avenue, 16th Floor**
    **New York, NY 10022**

| Job No. | : | 30836 |
|---|---|---|
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |



# David Feldman Worldwide Invoice

Description Invoice: FL, Coral Gables - Coral Gables

| | | | |
|---|---|---|---|
| Monthly Charges Start Date | Aug 1 2013 | Monthly Charges End Date | Aug 31 2013 |
| One-Time Only Charges Start Date | Jun 11 2013 | One-Time Only Charges End Date | Jul 16 2013 |
| Other Charges Start Date | Jun 11 2013 | Other Charges End Date | Jul 16 2013 |

| Charge Description | Units | Unit Price | Amount | Tax | Total |
|---|---|---|---|---|---|
| **Other Charges** | | | | | |
| Meeting Room Fee | 1.0000 | 217.8000 | 217.80 | 15.25 | 233.05 |
| **Total Other Charges** | | | **217.80** | **15.25** | **233.05** |
| **Grand Total** | | | **$ 217.80** | **$ 15.25** | **$ 233.05** |

## Bill To:

CASEY & BARNETT, LLC
Attn: GREGORY BARNETT ESQ.
65 WEST 36TH STREET
9TH FLOOR
NEW YORK, NY 10018

Invoice Date **7/30/2013**

Invoice Number **365932**

File Number:
DEL MONTE FRESH PRODUCE VS MV LOMBOK STRAIT

**Examination taken on 6/28/2013 of:**                                    Enclosed

STUIJN VODDE                               91 Pages @   $5.25      $477.75 O+1

Appearance Fee                                             $60.00  *HO*

| Postage\Shipping & Handling | 1 | @ | $19.95 | $19.95 |
| e mail | 1 | @ | $25.00 | $25.00 |

Your Total      **$582.70**

*$537.70*

JM
249838

# MARTEN WALSH CHERER LTD
## *Certified Court Reporters - Verbatim Reporters*
1st Floor, Quality House,
6 – 9 Quality Court, Chancery Lane,
London WC2A 1HP, United Kingdom.

Telephone No: 01420 563636 OR from USA 01144 1420 563636
Fax No: 01420 561854 OR from USA 01144 1420 561854
E-Mail: diana@martenwalshcherer.com  Website: www.depositioncenter.com

Casey Suhovsky,
Paralegal/Office Manager,
Casey & Barnett LLC,
65 West 36th Street, 9th Floor,                    Invoice No. 83991
New York, NY 10018, USA.

October 2, 2013.

Tel No: 212-286-0225  Fax: 212-286-0261

No. of pages: 2

*Invoice via Email*

---

**Please note:**  A TAX ID NUMBER or W-8BEN form are NOT AVAILABLE
OR APPLICABLE FOR THE UNITED KINGDOM.
**Payment Options:**  Payment via Dollar Check, WIRE TRANSFER or Credit
Card (MasterCard/Visa) available for this invoice.

**Re: Del Monte Fresh Produce N.A., Inc., v. M. V. Lombok Strait, et al.**
**Depositions booked taken at the offices of Thomas Cooper, London on September 28
and 29, 2013.**

Information confirmed via the reporter's order form and via Email.

|  | **£s Sterling** |
|---|---|
| **Deposition Transcript:** <Copies> in Word format | |
| **Expedited service @ £1.70p per page** | |
| Sept. 28: <T. De Vries> 71 pages | 120.70 |
| Sept. 29: <D. Shisov> 218 pages | 370.60 |
| | |
| **Minuscript: (Condensed with word index) 2 @ £35.00** | 70.00 |
| With Emailing in E-Transcript .ptx format | |
| | |
| | |
| **Exhibits: None provided for the court reporter.** | N.A. |

<u>Delivery</u>: Copies via Email (as above) on receipt of payment, or confirmation of Payment via Secure service, Wire Transfer or Credit Card, of the Amount Now Due in £s Sterling, or in US Dollars.

   Total = £561.30p (GBP £s Sterling)
   Less deposit received on account ~ Not applicable
Amount Now Due in £s Sterling = £561.30p

# Amount Now Due in US Dollars = $976.66c

{The Dollar Exchange Rate is confirmed by our Accounting Department for this month and should not be altered}

Terms of Business: 30 business days.

*<u>Terms of Business:</u> Please confirm that this invoice has been approved for payment and that funds are to be transmitted via Wire Transfer or by check in either currency within 30 business days. Payment is required in full within 30 days, and payment or confirmation of payment is required prior to dispatch. Any items ordered at the deposition location, or confirmed via email, will be shipped directly via Federal Express, or hand delivery via courier. Orders cannot be cancelled once confirmed and processed by our office. Please note that any invoices submitted by other UK companies for services related to this deposition, i.e. interpreting, etc., should also be settled at the same time.*

(Marten Walsh Cherer Limited reserve the right to add 2% compounded each month, to the amount due/balance due of any overdue/pastdue invoice).

| Passenger Details | Flights | Seats |
|---|---|---|
| **JOHN J VALPREDA** | DELTA 2419 | See delta.com |
| SkyMiles #*******545 | DELTA 1830 | 31C |
| | DELTA 1415 | 39F |
| | DELTA 2406 | 16D |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

### Receipt Information

### Billing Details

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| JOHN J VALPREDA | AX***********1004 | 00623431596852 |

| | |
|---|---|
| **FARE:** | **760.93 USD** |
| **Taxes/Carrier-imposed Fees:** | **100.67** |
| **Ticket Amount:** | **861.60 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees

| | |
|---|---|
| **Total:** | **100.67** |
| **Itemized:** | 10.00 AY 18.00 XF 15.60 ZP 57.07 US |

### Fare Details

RNO DL X/SLC DL NYC503.26SA00A0NQ DL X/SLC DL RNO257.67KA07A0SC
USD760.93END ZP RNOSLCJFKSLC XF RNO4.5SLC4.5JFK4.5SLC4.5

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JOHN J VALPREDA | 00623431596852 | LAXWEB | 17OCT13 | 17OCT14 |

### Baggage Fees

Thank you for being a valued customer. The fees below are based on your original ticket purchase information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.



## Letter Of Confirmation

October 17, 2013

John Valpreda
2299 Edenderry Drive
Crescent Springs KY 41017-2174

Dear John Valpreda,

Thank you for choosing Allianz Global Assistance to protect your travel investment.

Please make sure you read this *Letter of Confirmation*, your enclosed *Policy*, and any other attached documents, including riders or other forms carefully. Because the *Policy* may describe coverage not included in your plan, be sure to look at all of the documents to understand your specific coverage. Contact us immediately if you think there is a mistake in your *Letter of Confirmation*.

We recommend that if you are traveling for your event, you take copies of these documents with you. If you did not receive a *Policy*, or would like another copy, please call 1-800-284-8300.

### Information About Your Plan

| | |
|---|---|
| Name of your plan: | Travel Protection |
| Policy identification number: | EUSP2042009425 |
| Number of people insured: | 1 |
| Who it insures: | John Valpreda |
| Date of purchase: | October 17, 2013 |
| Plan effective date: | October 18, 2013 |
| Travel dates: | October 21, 2013 - October 25, 2013 |
| Total cost for all travelers: | $51.70 |
| Amount paid: | $51.70 |

Changes to your travel plans may require changes to your coverage. If your plans change please contact Delta.Com.
Thanks again for purchasing a travel insurance plan from Allianz Global Assistance. Have a safe and pleasant trip!

Please note that your policy does not cover all situations and excludes coverage for existing medical conditions. We encourage you to carefully review your *Policy* to understand your specific coverage.

Sincerely,

Mark Henson
Vice President of Travel Operations



We will refund your insurance premium if you cancel your plan within 10 days of purchase and you haven't started your trip or filed a claim.

Form No. 101-LOC-XX-02

---

Please detach the card to the right, fold, and carry with you.



Global Assistance

**Allianz** (ⓘ)

**Name:** John Valpreda
**Policy No.:** EUSP2042009425

**Emergency Assistance Card**

**For emergency assistance during your trip call:**
**1-800-654-1908    1-804-281-5700**
(From U.S.)    (Outside the U.S.) / (Collect)

**For benefit information call:**
**1-800-419-8016**
(From U.S.)

**To modify your policy or file a claim, please visit:**
**http://www.etravelprotection.com/deltausa**

9950 Mayland Drive, Richmond, VA 23233

Your plan includes the following coverage, up to the limits shown. Please see your *Policy* for information about how our insurance works.

| Benefit | Coverage Limits* |
|---|---|
| Baggage Coverage | $300.00 |
| Emergency Medical and Dental | $15,000.00 |
| Trip Cancellation Protection | $861.60 |
| Travel/Trip Delay Coverage | $200.00 |
| Trip Interruption Protection | $861.60 |

*USD per person unless noted otherwise

**Please Note**
- For Emergency Medical and Dental benefits, a one-time $50.00 deductible per person applies to outpatient visits.
- There is a $500 maximum for all covered dental expenses.
- AGA Service Company is the licensed producer and administrator of this plan.
- Insurance coverage is provided under Form 101-P-XX-02-101 issued by Jefferson Insurance Company.

Fairfield Inn by Marriott
New York JFK Airport

156-08 Rockaway Blvd
Jamaica Ny 11434
718.977.3300

FAIRFIELD
INN®
Marriott.


J. Valpreda

Room: 221

Room Type: KING

Number of Guests: 1

Rate: $170.00          Clerk:

| Arrive: 24Oct13 | Time: 04:07PM | Depart: 25Oct13 | Time: | Folio Number: 98522 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 24Oct13 | Room Charge | 170.00 | |
| 24Oct13 | Occupancy Sales Tax | 15.09 | |
| 24Oct13 | City Tax | 9.99 | |
| 24Oct13 | State Occupancy Tax | 2.00 | |
| 24Oct13 | Bed Tax | 1.50 | |
| 25Oct13 | American Express | | 198.58 |
| | *Card #: AXXXXXXXXXXXXX1004/XXXX* | | |
| | *Amount: 198.58 Auth: 556350 Signature on File* | | |
| | *This card was electronically swiped on 24Oct13* | | |

**Balance:          0.00**

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

As requested, a final copy of your bill will be emailed to you at: CES@CASEYBARNETT.COM. See "Internet Privacy Statement" on Marriott.com.



10-24-13

| | | | |
|---|---|---|---|
| **John Valpreda**<br>**65 West 36th Street**<br>**New York** | Folio No. :<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. :<br>Invoice No. : | Room No. : **1907**<br>Arrival : **10-21-13**<br>Departure : **10-24-13**<br>Conf. No. : **61373215**<br>Rate Code : **IDAAA**<br>Page No. : **1 of 1** | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-21-13 | *Accommodation | 243.00 | |
| 10-21-13 | State Sales Tax | 21.57 | |
| 10-21-13 | City Tax | 14.28 | |
| 10-21-13 | Occupancy Fee | 2.00 | |
| 10-21-13 | Javits Ctr. Fee | 1.50 | |
| 10-22-13 | *Accommodation | 261.00 | |
| 10-22-13 | State Sales Tax | 23.16 | |
| 10-22-13 | City Tax | 15.33 | |
| 10-22-13 | Occupancy Fee | 2.00 | |
| 10-22-13 | Javits Ctr. Fee | 1.50 | |
| 10-23-13 | *Accommodation | 261.00 | |
| 10-23-13 | State Sales Tax | 23.16 | |
| 10-23-13 | City Tax | 15.33 | |
| 10-23-13 | Occupancy Fee | 2.00 | |
| 10-23-13 | Javits Ctr. Fee | 1.50 | |
| 10-24-13 | American Express | | 888.33 |
| | **Total** | **888.33** | **888.33** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express NYC Herald Square
60 West 36th Street
New York, NY 10018
Telephone: (212) 897-3388 Fax: (212) 897-3387

Owned and Operated by RM-36 Operating LLC.

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1091

CASEY & BARNETT LLC
Casey Suhovsky, 9 FLR
65 WEST 36TH STREET
NEW YORK, NY 10018

Date    : 11/01/2013
Invoice: 587930
Account: 4036

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Pas |
|---------|------|-----|-----|------|----|----|------|----------|-------|--------|------|------|-------|-----|
| 3854678 | 10/24/13 | 0329 | 6337 | 55.00 | 5.94 | 0.00 | 0.00 | 7.50 | 0.00 | 6.17 | 8.25 | 3.00 | 85.86 | VAL |

$85.86    pd 12/11/13

252.75

# Dial 7 Credit Services

Secure payments by

## Payment Receipt

**Receipt ID**

**Total**

We'll send a confirmation email to ces@caseybarnett.com. This transaction will appear on your statement as PayPal *DIAL7CREDIT.

**Paid to**
Dial 7 Credit Services
CS@DIAL7.COM

**Shipped to**
Gregory Barnett
65 West 36th street
New York, NY 10018
United States

## Your shopping cart

| Description | Price | Quantity | Amount |
|---|---|---|---|
| res#1380418088 John Valpreda fare-$48 stop-$0 wait-$0 toll-$6.5 tip-$9.6 | $67.60 | 1 | $67.60 |
| | | Item total | $67.60 |
| | | Tax | $0.00 |
| | | Total | $67.60 USD |

# MARTEN WALSH CHERER LTD
## *Certified Court Reporters - Verbatim Reporters*
1st Floor, Quality House,
6 – 9 Quality Court, Chancery Lane,
London WC2A 1HP, United Kingdom.

Telephone No: 01420 563636 OR from USA 01144 1420 563636
Fax No: 01420 561854 OR from USA 01144 1420 561854
E-Mail: diana@martenwalshcherer.com  Website: www.depositioncenter.com

Casey Suhovsky,
Paralegal/Office Manager,
Casey & Barnett LLC,
65 West 36th Street, 9th Floor,
New York, NY 10018, USA.

Tel No: 212-286-0225
Fax No: 212-286-0261

Invoice No. 84485

November 28, 2013.

No. of pages: 2

*Invoice via Email*

---

Please note:  A TAX ID NUMBER or W-8BEN form are NOT AVAILABLE
OR APPLICABLE FOR THE UNITED KINGDOM.
Payment Options:  Payment via Dollar Check, WIRE TRANSFER or Credit
Card (MasterCard/Visa) available for this invoice.

Re: Del Monte Fresh Produce N.A., Inc., v. M. V. Lombok Strait, et al.
Depositions taken at the offices of Thomas Cooper, London on November 11 and 12,
2013.

Information confirmed via Email.

£s Sterling

Deposition Transcript: <Copies> in Word format
Standard service @ £1.28p per page  [Emailed: Nov. 28]
   Nov. 11: <J. deHaas> 194 pages                              248.32
   Nov. 12: <K. Wilkie> 274 pages                              350.72

Miniscript: (Condensed with word index) 2 @ £35.00            70.00
   With Emailing in E-Transcript .ptx format
   [Emailed: Nov. 28]

Exhibits: None provided for the court reporter.        N.A.

<u>Delivery</u>: Copies Emailed as above. Payment or confirmation
of payment Via Wire Transfer or Credit Card of the Amount Now
Due in £s Sterling, or in US Dollars (information provided via Email
With a copy of your invoice).

    Total = £669.04p (GBP £s Sterling)
    Less deposit received on account ~ Not applicable for this invoice

Amount Now Due in £s Sterling = £669.04p

## Amount Now Due in US Dollars = $1,157.43c

{The Dollar Exchange Rate is confirmed by our Accounting
Department for this month and should not be altered}

Terms of Business: 30 business days.

<u>*Terms of Business:*</u> *Please confirm that this invoice has been approved for payment and that funds are to be transmitted via Wire Transfer or by check in either currency within 30 business days. Payment is required in full within 30 days, and payment or confirmation of payment is required prior to dispatch. Any items ordered at the deposition location, or confirmed via email, will be shipped directly via Federal Express, or hand delivery via courier. Orders cannot be cancelled once confirmed and processed by our office. Please note that any invoices submitted by other UK companies for services related to this deposition, i.e. interpreting, etc., should also be settled at the same time.*

(Marten Walsh Cherer Limited reserve the right to add 2%
compounded each month, to the amount due/balance due of
any overdue/pastdue invoice).

# ALPHA MARINE SURVEYORS

1330 N.W. 7th Street
Miami, Florida 33125
Phone:(305)324-1555
Federal ID 65-0469655

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/20/2013 | 0212/003(4) |

**Bill To**

CASEY & BARNETT
65 West 36th Street, 9th Floor
New York, NY 10018
Attn: Mr. Greg Barnett

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 0212/003(4) | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Del Monte Fresh Produce, N.A., Inc. Plaintiffs, Case No. 12 Civ 3567 (ALC) v. M/V Lombok Strait her engines, boilers, tackle, furniture, apparel, etc. in rem, SEATRADE GROUP N.V., Lombok Strait SCHIFFAHRTSGESELLSCHAFT MBH & CO. KG, MPC MUNCHMEYER PETERSEN STEAMSHIP GMBH & CO. KG, and BETEILINGUNGSGES - REEFER FLOTTENFONDS MBH & CO. KG, in personam, Defendants. Date of Deposition December 9th, 2013 | | |
| 3 | FEE - Deposition (Rolando Santos) December 7th, 8th and 9th, 2013 3 Working Days @2,000.00/Day | 2,000.00 | 6,000.00 |
| | TRAVEL Expenses (Airfare, Lodging, Airport Parking, Local travel) | 1,889.25 | 1,889.25 |
| | Wire transfer Information: BANK NAME: B B & T Bank Address: 11590 NW S River Drive, Medley, FL 33178 Swift Code: BRBTUS33 ABA Route: 263191387 Account No.: 1100002612796 Beneficiary: Alpha Marine Surveyors Sales Tax | 0.00% | 0.00 |

Thank you for your business.

**Total** $7,889.25

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|:---:|:---:|:---:|
| 99513 | 12/23/2013 | 32756 |

| Job Date | Case No. |
|:---:|:---:|
| 12/9/2013 | |

| Case Name |
|:---:|
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

| Payment Terms |
|:---:|
| Net 30, Interest at 1.5% / month |

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

COPY OF TRANSCRIPT OF:

    Rolando R. Santos      786.75

        Litigation Support Package

        Shipping & Handling (L)

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$786.75** |
| AFTER 1/22/2014 PAY | $826.09 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| | |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 39.34 |
| (=) New Balance: | **$826.09** |

**Tax ID: 13-4091601**

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| | | |
|---|:---:|---|
| Invoice No. | : | 99513 |
| Invoice Date | : | 12/23/2013 |
| **Total Due** | : | **$826.09** |

| | | |
|---|:---:|---|
| Job No. | : | 32756 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

Remit To:   **David Feldman Worldwide, Inc.**
             **405 Park Avenue, 16th Floor**
             **New York, NY 10022**

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99678 | 12/30/2013 | 32780 |

| Job Date | Case No. | |
|---|---|---|
| 12/10/2013 | | |

| Case Name | | |
|---|---|---|
| Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait | | |

| Payment Terms | | |
|---|---|---|
| Net 30, Interest at 1.5% / month | | |

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Anna Snowdon | 309.00 | Pages | 1,699.50 |
| Full Day Appearance | | | 110.00 |
| Evening Appearance | | | 82.50 |
| Early/Late Pages | 22.00 | Pages | 44.00 |
| Litigation Support Package | | | 75.00 |
| Shipping & Handling (L) | | | 48.00 |
| | | **TOTAL DUE >>>** | **$2,059.00** |
| | | AFTER 1/29/2014 PAY | $2,161.95 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.


***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

(-) Payments/Credits:        0.00

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Martin F. Casey, Esq.
Casey & Barnett, LLC
65 West 36th Street
9th Floor
New York, NY 10018

| | | |
|---|---|---|
| Invoice No. | : | 99678 |
| Invoice Date | : | 12/30/2013 |
| **Total Due** | : | **$2,059.00** |

| | | |
|---|---|---|
| Job No. | : | 32780 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Del Monte Fresh Produce N.A. Inc., v. M/V Lombok Strait |

Remit To:   **David Feldman Worldwide, Inc.**
            **405 Park Avenue, 16th Floor**
            **New York, NY 10022**

# MARTEN WALSH CHERER LTD
## *Certified Court Reporters - Verbatim Reporters*
1st Floor, Quality House,
6 – 9 Quality Court, Chancery Lane,
London WC2A 1HP, United Kingdom.

Telephone No: 01420 563636 OR from USA 01144 1420 563636
Fax No: 01420 561854 OR from USA 01144 1420 561854
E-Mail: diana@martenwalshcherer.com  Website: www.depositioncenter.com

Casey Suhovsky,
Paralegal and Office Manager,
Casey & Barnett LLC,                                      Invoice No. 85121
65 West 36th Street, 9th Floor,
New York, NY 10018, USA.

                                                         March 4, 2014.

Tel No: 212-286-0225
Fax No: 212-286-261

                                                         No. of pages: 2
                      *Invoice via Email*

---

Please note:  A TAX ID NUMBER or W-8BEN form are NOT AVAILABLE
OR APPLICABLE FOR THE UNITED KINGDOM.
Payment Options:  Payment via Dollar Check, WIRE TRANSFER or Credit
Card (MasterCard/Visa) available for this invoice.

Re: Del Monte Fresh Produce N.A., Inc., v. M. V. Lombok Strait, et al.
Deposition of Michel Visser taken at the offices of Van Steenduran Mainport,
Rotterdam, on Wednesday, February 12, 2014.


Information confirmed via Email.

                                                         £s Sterling


Deposition Transcript: <Copy> Copy in Word format
Standard service @ £1.28p per page [Emailed: Feb. 28]
    Feb. 12: <M. Visser> 138 pages                      176.64

Minuscript: (Condensed with word index) 1 @ £35.00      35.00
    With Emailing in E-Transcript .ptx format
    [Emailed: Feb. 28]

**Exhibits: None provided for the court reporter.**          **N.A.**

**Delivery:** Copies Emailed as above. **Payment or confirmation of Payment Via Wire Transfer or Credit Card is now due for this invoice. Payment may be made via Wire Transfer in US Dollars, or via Credit/ Charge card.**

**Total = £211.64p (GBP £s Sterling)**
**Less deposit received on account ~ Not Applicable**

**Amount Now Due in £s Sterling = £211.64p**

# Amount Now Due in US Dollars = $378.83c

**{The Dollar Exchange Rate is confirmed by our Accounting Department for this month and should not be altered}**

**Terms of Business: 30 business days.**

*Terms of Business: Please confirm that this invoice has been approved for payment and that funds are to be transmitted via Wire Transfer or by check in either currency within 30 business days. Payment is required in full within 30 days, and payment or confirmation of payment is required prior to dispatch. Any items ordered at the deposition location, or confirmed via email, will be shipped directly via Federal Express, or hand delivery via courier. Orders cannot be cancelled once confirmed and processed by our office. Please note that any invoices submitted by other UK companies for services related to this deposition, i.e. interpreting, etc., should also be settled at the same time.*

(Marten Walsh Cherer Limited reserve the right to add 2% compounded each month, to the amount due/balance due of any overdue/pastdue invoice).

# CASEY & BARNETT LLC
### ATTORNEYS AT LAW
65 West 36th Street, 9th Floor
**New York, New York 10018**
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH
JANINE E. BROWN*
VERONICA MURA

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, LA and OH

*NEW JERSEY OFFICE*
*Casey & Barnett, LLP*
*25 Prospect Street*
*Morristown, NJ 07960*
*Tel: (973) 993-5161*
*Fax: (973) 539-6409*

*Writer's email:*
**ces@caseybarnett.com**

March 13, 2014

Invoice No. 615-2013

Vincent DeOrchis
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 29th Floor
New York, New York 10022

**MATTER:** **Del Monte v. M/V Lombok Strait; Our File No.: 292-75**

As per agreement attached please find back up documentation for Greg Barnett's travel to London to attend deposition of Michel Visser

| | |
|---|---|
| United Airlines Airfare | $ 2,587.40 |
| Hotel (Grange Tower Hotel) | 597.21 |
| Car Service to/from Airport | 207.00 |
| | $ 3,391.61 |

**TOTAL DUE FROM Montgomery McCracken** **$3,391.61**

Please make checks payable to Casey & Barnett LLC



| UNITED | A STAR ALLIANCE MEMBER | Confirmation: |
|---|---|---|
| | | GCC6VL |

Issue Date: January 28, 2014

---

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BARNETT/GREGORYMR | 0162394780048 | UA-ST53XXXX Global Services / *G | ---/10B |

---

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 08FEB14 | UA0057 | ZN | NEWARK, NJ (EWR - LIBERTY) **6:05 PM** | PARIS, FRANCE (CDG) **7:35 AM** | | Dinner |
| Sat, 15FEB14 | UA0028 | R | LONDON, ENGLAND (LHR - HEATHROW) **10:25 AM** | NEWARK, NJ (EWR - LIBERTY) **1:35 PM** | | Lunch |

---

## FARE INFORMATION

Fare Breakdown

| | |
|---|---|
| Airfare: | 532.00USD |
| U.S. Customs User Fee: | 5.50 |
| U.S. Immigration User Fee: | 7.00 |
| U.S. APHIS User Fee: | 5.00 |
| U.S. Federal Transportation Tax: | 35.00 |
| September 11th Security Fee: | 2.50 |
| U.K. Air Passenger Duty: | 110.40 |
| U.K. Passenger Service Charge: | 65.50 |
| International Surcharge: | 516.00 |
| U.S. Passenger Facility Charge: | 4.50 |
| Per Person Total: | 1,283.40USD |

eTicket Total:            1,283.40USD

MileagePlus Account Debited:
ST538150

Form of Payment:
MASTERCARD
Last Four Digits 6270

MileagePlus Miles Debited/Award Used:
20000/UP52V

The airfare you paid on this itinerary totals: 532.00 USD

The taxes, fees, and surcharges paid total: 751.40 USD

Award Rules:    Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
All changes must be made prior to the departure date, or the ticket has no value.

Additional Charges:    Fri., Feb. 14, 2014/MasterCard 6270 was charged 110.40 USD for the following: APD Tax Difference / EDD 01629263320602