- Fri., Feb. 14, 2014/MasterCard 6270 was charged 475.00 USD for the following: MileagePlus BusinessFirst Upgrade Fee / EDD 01629263320576

- Fri., Feb. 7, 2014/MasterCard 6270 was charged 829.00 USD for the following: First Class Plus / EDD 01629257906253

## Baggage allowance and charges for this itinerary.

## Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 2/8/2014 Newark, NJ (EWR - Liberty) to Paris, France (CDG) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 2/15/2014 London, England (LHR - Heathrow) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and Global ServicesSM membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

## Additional Baggage Information

### Carry-on baggage information

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

### General Baggage Information

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

## MileagePlus International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be

```
--ORIGINAL--
MED#         6V11
DRIVER:  5326975
 MERCHANT COPY
02/08/14 TR10513
START  END MI
15:41 16:11 17
NEWARK FARE
RATE 3:$    66.00
EXTRA: $     0.00
SURCH: $     0.0
STSRCH:$
TIP:   $
TOTAL: $    86.

CARD TYPE:
XXXXX/XXXX3010
AUTH:571537

X_____  _____
```



| | |
|---|---|
| CAR # | : 3227 |
| DATE/TIME | : 11/20/2013 13:10:00 |
| PAYMENT TYPE | : Credit Card |
| VOUCHER # | : |
| ACCOUNT # | : WEBCLIENT |
| ACCOUNT NAME | : WEBCLIENT |
| CONFIRMATION # | : 1380514505 |
| PASSENGER NAME | : Gregory Barnett |

W.T

| | | |
|---|---|---|
| PICK UP | : EWR UNITED 993 | 0 MIN |
| STOP #1 | : EWR UNITED | 0 MIN |
| DESTINATION | : NY Island Park | T 0 MIN |

FARE      : $ 111.00

TOTALTRIP AMOUNT : $ 111.00

SIGNATURE:

X

I AGREE TO ALL ABOVE CHARGES

Thank you for choosing us for your transportation needs.

2

## Receipt 1 (Voucher 3854698)

UTOG 2 WAY RADIO, INC.
25-20 39th AVE., L.I.C., NY 11101
(718)361-1110 (718)361-4700

Car No: 5787
Acct No: 4036
Voucher No: 3854698
Date: 4/30/14
Fare No: 5787
Rate: 30.00
Casey & Barnett LLC
Casey Suhasky
40 Foley Square — MAN A
65 W. 36th St — MAN B
Total: 30.00
Authorized By: Casey [signature]
Conf#: 1400115787

Rate: 30.00 Misc: 2.00 Srv: 4.00 Srchg: 0.90
NYSTax: 3.20 Total: 40.10

## Receipt 2 (Voucher 3854699)

UTOG 2 WAY RADIO, INC.
Acct No: 4036
Voucher No: 3854699
Date: 4/30/14
Fare No: 4660
Rate: 48.00 Tolls: 7.50 Fuel: 2.00
Casey & Barnett LLC
Roland Santos
60 W 36th
LGA
Total: 57.50
Authorized By: Casey [signature]
Conf#: 1400114660

Rate: 48.00 Tolls: 7.50 Misc: 2.00 Srv: 4.00
Srchg: 1.54 NYSTax: 5.46 Total: 68.50

## Receipt 3 (Voucher 3854700) — #2688 #263

UTOG 2 WAY RADIO, INC.
Acct No: 4036
Voucher No: 3854700
Date: 4/30/14
Fare No: 2688
Rate: 48.00 Tolls: 7.50
Casey & Barnett LLC
John Valpreda
65 West 36th St
LaGuardia Airport
Total: 55.50
Authorized By: Casey [signature]
Conf#: 1400112688

Rate: 48.00 Tolls: 7.50 Misc: 2.00 Srv: 4.00
Srchg: 1.54 NYSTax: 5.46 Total: 68.50

## Receipt 4 (Voucher 3854701) — 0911

UTOG 2 WAY RADIO, INC.
Acct No: 4036
Voucher No: 3854701
Date: 4/25
Fare No: 110912
Rate: 28 Wait: 10.50 Fuel: 2
15 min
Casey & Barnett LLC
Casey Suhasky
65 W. 36th St — MB
40 Foley Square — MA
Total: 40.50
Authorized By: Casey [signature]
Conf#: 1400110912

Rate: 28.00 Wait: 10.50 Misc: 2.00 Srv: 4.00
Srchg: 1.11 NYSTax: 3.95 Total: 49.56

## Receipt 5 (Voucher 4262827)

UTOG 2 WAY RADIO, INC.
Car No: 6277
Acct No: 4036
Voucher No: 4262827
Date: 4/25
Fare No: 3624
Rate: 45 Tolls: 7.50
Casey & Barnett LLC
Roland Santos
LGA
60 W 36 St
Total: 52.50
Authorized By: Roland Santos [signature]
Conf#: 1400108621

Rate: 45.00 Tolls: 7.50 Misc: 2.00 Srv: 4.00
Srchg: 1.46 NYSTax: 5.19 Total: 65.15

## Receipt 6 (Voucher 4295034)

UTOG 2 WAY RADIO, INC.
Acct No: 4036
Voucher No: 4295034
Date: 4-25
Fare No: 6052
Rate: 45 Tolls: 7.50
Casey Barnett LLC
John Valpreda
LGA
60 W 36 St
Total: 52.50
Authorized By: John Valpreda [signature]
Conf#: 1400106052

Rate: 45.00 Tolls: 7.50 Misc: 2.00 Srv: 4.00
Srchg: 1.46 NYSTax: 5.19 Total: 65.15

## Receipt 7 (Voucher 3854680) — 9774 #244

UTOG 2 WAY RADIO, INC.
Acct No: 4036
Voucher No: 3854680
Date: 4/24/14
Fare No: 9774
Rate: 28.00 Wait: 10.50
Casey & Barnett LLC
Casey Suhasky
65 W. 36th St
500 Pearl St
Total: 38.50
Authorized By: Casey [signature]
Conf#: 1400109774

Rate: 28.00 Wait: 10.50 Misc: 2.00 Srv: 4.00
Srchg: 1.11 NYSTax: 3.95 Total: 49.56



10 East 39th Street, New York, NY 10016

**Remit Payment to:**

*vdiscovery*
PO Box 30953
New York, NY 10087-0953
Billing Inquiries: (212) 220-6127
Client Services: (212) 220-6111

| **INVOICE:** | V79681 | **DATE:** | 4/30/2014 |
|---|---|---|---|

**BILL TO:**

Casey & Barnett, LLC (4682)
Martin F. Casey
65 W. 36th Street
9th Floor
New York, NY 10018

**SHIP TO:**

Casey & Barnett, LLC
Casey Suhovsky
65 W. 36th Street
New York, NY 10018

| Client Matter/Attorney Name | Account Rep | Ordered By | Phone | Service Date |
|---|---|---|---|---|
| Del Monte v. M/V Lombok Strait - 292-75 | LINDSAY RAY | Martin Casey | (212)286-0225 | 4/17/2014 |

| Line Item Detail | Line Total |
|---|---|

## Job

### Edd

| Tech Time: 1 Hour(s) @ $150.00 Per Hour. Import To Law, Tiff, Create Sort Order By File Name. | $150.00 |
|---|---|

### Copies Only

| Blowbacks: 1 Sets of 9250 Pages @ $0.07 Per Set. | $647.50 |
|---|---|
| Blowbacks: 1 Sets of 2262 Pages @ $0.65 Per Set. | $1,470.30 |

### Body

| 1 Sets Of 556 Number 3-Hole Punched Tab @ $0.25 Per Tab. | $139.00 |
|---|---|

### Finishing

| 20 Ring Binder Binds, 4 Inch Other: 2 sets Black and 1 set White Ring Binders, No Spine Insert, Supplied: project name and Vol# Cover Insert @ $19.00 Per Bind. | $380.00 |
|---|---|
| 3-Hole Punching. 12100 Units @ $0.01 Per Punch. | $121.00 |



**Remit Payment to:**

*vdiscovery*
PO Box 30953
New York, NY 10087-0953
Billing Inquiries: (212) 220-6127
Client Services: (212) 220-6111

| INVOICE: | V79681 | DATE: | 4/30/2014 |
|---|---|---|---|

**BILL TO:**

Casey & Barnett, LLC (4682)
Martin F. Casey
65 W. 36th Street
9th Floor
New York, NY 10018

**SHIP TO:**

Casey & Barnett, LLC
Casey Suhovsky
65 W. 36th Street
New York, NY 10018

| Client Matter/Attorney Name | Account Rep | Ordered By | Phone | Service Date |
|---|---|---|---|---|
| Del Monte v. M/V Lombok Strait - 292-75 | LINDSAY RAY | Martin Casey | (212)286-0225 | 4/17/2014 |

| Line Item Detail | Line Total |
|---|---|
| Assembly: 2.5 Hours @ $45.00 Per Hour. Hand Collating. Migrate Color, Insert Tabs, Insert Into Binders. | $112.50 |

*Thank You For Your Business.*
*Please Include Account Name*
*And Invoice Number With*

**Payment Terms Are Net 30.**
**Payment By Credit Card Accepted.**

| | |
|---|---|
| SUBTOTAL: | $3,020.30 |
| SALES TAX: | $268.05 |
| TOTAL: | $3,288.35 |


10 East 39th Street, New York, NY 10016

Remit Payment to:

vdiscovery
PO Box 30953
New York, NY 10087-0953
Billing Inquiries: (212) 220-6127
Client Services: (212) 220-6111

**INVOICE:** V79732      **DATE:** 4/30/2014

**BILL TO:**

Casey & Barnett, LLC (4682)
Martin F. Casey
65 W. 36th Street
9th Floor
New York, NY 10018

**SHIP TO:**

Casey & Barnett, LLC
Casey Suhovsky
65 W. 36th Street
9th Floor
New York, NY 10018

| Purchase Order | Customer Service | Account Rep | Ordered By | Order Date | Phone | Signed By |
|---|---|---|---|---|---|---|
| Copy | | LINDSAY RAY | Casey Suhovsky | 4/22/2014 | (212)286-0225 | 4/22/2014 |

| Line Item Detail | Line Total |
|---|---|
| Litigation Copying: 1 Copy of 1 Unit. | $380.64 |
| B&W: 3172 @ $0.12 Per Copy = $380.64. | |

Thank You For Your Business.
Please Include Account Name
And Invoice Number With

**Payment Terms Are Net 30.**
**Payment By Credit Card Accepted.**

| | |
|---|---|
| SUBTOTAL: | $380.64 |
| SALES TAX: | $33.78 |
| **TOTAL:** | **$414.42** |

Alpha Marine Surveyors

1330 NW 7 Street
Miami, FL 33125

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2014 | 0212/3TRIAL |

**Bill To**

CASEY & BARNETT, LLC
65 W. 36 Street, 9th Floor
New York, New York 10018
Mr. Gregg Barnett

| P.O. No. | Terms | Project |
|---|---|---|
| 0212/3TRIAL | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | DEL MONTE FRESH PRODUCE N.A. INC.<br>v. M/V LOMBOK STRAIT et. al.<br>Case No. 12 Civ 3567 (ALC)<br>Your File No.: 292-75<br>Trial on April April 28-29, 2014 | | |
| 5 | FEE - Review of Visser Deposition - Mar 25, 2014 -1030 to 1530 Hrs | 187.50 | 937.50 |
| 6 | FEE - Documents Review - April 9th, 2014 - 0900 to 1500 Hrs. | 187.50 | 1,125.00 |
| 4.5 | FEE - Documents Review - April 11th, 2014 - 0800 to 1230 | 187.50 | 843.75 |
| 4 | FEE - Documents Review - April 12th, 2014 - 1300 to 1700 | 187.50 | 750.00 |
| 10 | FEE - Meeting at Alpha Marine - 10 Hrs. - April 17th, 2014 | 187.50 | 1,875.00 |
| | FEE - Meeting at Alpha Marine - 1 Day - April 18th, 2014 | 1,500.00 | 1,500.00 |
| 4.5 | FEE - Preparation for Trial - April 21st, 2014 0800 to 1230 | 187.50 | 843.75 |
| 7 | FEE - Preparation for Trial - April 22nd, 2014 0800 to 1500 | 187.50 | 1,312.50 |
| 1 | FEE - Preparation for Trial - April 23rd, 2014 - 1 Day | 1,500.00 | 1,500.00 |
| 1 | FEE - Preparation for Trial - April 24th, 2014 - 1 Day | 1,500.00 | 1,500.00 |
| 2 | FEE - Preparation for Trial - April 25th & 26th, 2014 | 1,500.00 | 3,000.00 |
| 2 | FEE - Trial - April 28th & 29th, 2014 | 2,000.00 | 4,000.00 |
| | TRAVEL EXPENSE - Airfare | 1,020.00 | 1,020.00 |
| | TRAVEL EXPENSE - Lodging | 1,387.58 | 1,387.58 |
| | TRAVEL EXPENSE - Airport Parking | 99.00 | 99.00 |
| | WIRE TRANSFER INFORMATION | 0.00 | 0.00 |
| | BANK NAME: B B & T<br>BANK ADDRESS: 11590 NW S. River Drive<br>SWIFT CODE: BRBTUS33<br>ABA ROUTE: 263191387<br>ACCOUNT NO: 1100002612796<br>BENEFICIARY: ALPHA MARINE SURVEYORS | | |

FEDERAL TAX ID:65-0469655

**Total** $21,694.08



Hyatt Regency Miami
400 SE Second Avenue
Miami, FL 33131-2197
Tel: 305 358 1234
Fax: 305 358 0529

INFORMATION INVOICE

| | |
|---|---|
| Payee | John Valpreda |
| | 2299 Edenderry Dr |
| | Ft Mitchell KY 41017 |
| | United States |

| | |
|---|---|
| Room No. | 2228 |
| Arrival | 04-17-14 |
| Departure | 04-18-14 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.   4015768501
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-17-14 | Parking Valet | 35.00 | |
| 04-17-14 | Package | 161.10 | |
| 04-17-14 | * # FL State Occupancy Tax 7% | 11.28 | |
| 04-17-14 | * # Miami Dade Occupancy Tax 6% | 9.67 | |
| | **Total** | 217.05 | 0.00 |
| | **Balance** | 217.05 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start earning points for stays, dining and more. Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing the Hyatt Regency Miami. We hope you had an exceptional stay with us. If you have any comments or questions regarding your stay, please contact:
Email: qualitymiarm@hyatt.com
Mail: Customer Service: Attn General Manager
400 SE Second Avenue, Miami, Florida 33131

For questions regarding your Gold Passport account, call 1-800-30-HYATT
For inquiries concerning your bill, please call 888-588-6308 or email:
Na.customerservice@hyatt.com

For balances due please remit payment to:
Hyatt Regency Miami
P.O. Box 842231
Dallas, Texas 75284



26  05-13-14

| | | |
|---|---|---|
| **John Valpreda**<br>**2299 Edenderry Dr**<br>**Crescent-Springs KY 41017-2174**<br>**United States** | Folio No.        : **23289**<br>A/R Number   :<br>Group Code   :<br>Company         : **Casey & Barnett Law Firm**<br>Membership No. : **PC    370147691**<br>Invoice No.     : | Room No.  : **0907**<br>Arrival         : **04-25-14**<br>Departure  : **04-28-14**<br>Conf. No.   : **68168347**<br>Rate Code  : **ILCORFAS**<br>Page No.   : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---:|---:|
| 04-25-14 | *Accommodation | 259.00 | |
| 04-25-14 | State Sales Tax | 22.99 | |
| 04-25-14 | City Tax | 15.22 | |
| 04-25-14 | Occupancy Fee | 2.00 | |
| 04-25-14 | Javits Ctr. Fee | 1.50 | |
| 04-26-14 | *Accommodation | 319.00 | |
| 04-26-14 | State Sales Tax | 28.31 | |
| 04-26-14 | City Tax | 18.74 | |
| 04-26-14 | Occupancy Fee | 2.00 | |
| 04-26-14 | Javits Ctr. Fee | 1.50 | |
| 04-27-14 | *Accommodation | 129.00 | |
| 04-27-14 | State Sales Tax | 11.45 | |
| 04-27-14 | City Tax | 7.58 | |
| 04-27-14 | Occupancy Fee | 2.00 | |
| 04-27-14 | Javits Ctr. Fee | 1.50 | |
| 04-28-14 | American Express    XXXXXXXXXX1004 | | 821.79 |

Thank you for staying at Holiday Inn Express-NYC-Herald SQ 36th St. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---:|---:|
| Total | 821.79 | 821.79 |
| Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express NYC Herald Square
60 West 36th Street
New York, NY 10018
Telephone: (212) 897-3388 Fax: (212) 897-3387

Owned and Operated by RM-36 Operating LLC.

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions for this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

## Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| JOHN J VALPREDA | DELTA 1338 | 02C |
| SkyMiles #*******545 Silver | DELTA 3422 | 03A |

***Visit delta.com or use the Fly Delta app to view, select or change your seat
If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

### Receipt Information
### Billing Details

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| JOHN J VALPREDA | AX***********1004 | 00623572517470 |

| | |
|---|---|
| **FARE:** | 591.64 USD |
| **Taxes/Carrier-imposed Fees:** | 66.36 |
| **Ticket Amount:** | **658.00 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees
| | |
|---|---|
| **Total:** | 66.36 |
| **Itemized:** | 5.00 AY 9.00 XF 8.00 ZP 44.36 US |

### Fare Details
FMY DL NYC295.82KA07A0UP/WNUP DL FMY295.82KA07A0UP/WNUP USD591.64END
ZP RSWLGA XF RSW4.5LGA4.5

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JOHN J VALPREDA | 00623572517470 | LAXWEB | 18APR14 | 18APR15 |

Tuesday, May 13, 2014 AOL: SCSBananas

| | |
|---|---|
| **Transaction Date:** | Apr 18 2014 |
| **Transaction Description:** | Travel Insurance PolRichmond |
| | INSURANCE SALES |
| | Description |
| | 200008620821 |
| **Cardmember Name:** | John Valpreda |
| **Amount $:** | 42.77 |
| **Doing Business As:** | ALLIANZ GLOBAL ASSISTANCE |
| **Merchant Address:** | 2805 N PARHAM RD |
| | STE 100 |
| | RICHMOND |
| | VA |
| | 23294-4426 |
| | UNITED STATES |
| **Reference Number:** | 320141090419642636 |
| **Category:** | Business Services- Insurance Services |

| | |
|---|---|
| **Transaction Date:** | Apr 28 2014 |
| **Transaction Description:** | SW FLORIDA INT'L AIRFORT MYERS FL |
| | 3122742000 |
| | Description     Price |
| | PARKING FEES $64.00 |
| **Cardmember Name:** | John Valpreda |
| **Amount $:** | 64.00 |
| **Doing Business As:** | SW FL INTL ARPRT 969944 |
| **Merchant Address:** | 11000 TERMINAL ACCESS RD |
| | STE 8676 |
| | FORT MYERS |
| | FL |
| | 33913-8213 |
| | UNITED STATES |
| **Reference Number:** | 320141190559446860 |
| **Category:** | Transportation- Parking Charges |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0365485-IN |
| INVOICE DATE | 05/19/2014 |
| CUSTOMER NO. | 1005983 |
| WORK ORDER NO. | 144659 |
| SALESPERSON | Adrian Sharper |

Casey & Barnett
65 W 36th Street
9th Floor
New York, NY 10018

Attention: Martin F. Casey

---

Job Date   DEL MONTE FRESH PRODUCE N.A. V M/V LOMBO
CASE NO. 12CV03567

| Date | Item | Qty | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/28/2014 | Original | 172 | PGES | At | 2.460 | 423.12 |
| 4/29/2014 | Original | 166 | PGES | At | 2.460 | 408.36 |
| 4/28/2014 | Diskette | 172 | PGES | At | 0.900 | 154.80 |
| 4/29/2014 | Diskette | 166 | PGES | At | 0.900 | 149.40 |
| 4/28/2014 | Minuscript | 172 | PGES | At | 0.600 | 103.20 |
| 4/29/2014 | Minuscript | 166 | PGES | At | 0.600 | 99.60 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,338.48 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,338.48 |